LILLIAN R. SHOTWELL, respondent,

*v.*

LAURA H. SHOTWELL, appellant.

[Submitted December 6th, 1915.   Decided March 6th, 1916.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Stevenson, whose opinion is reported *ante p. 101.*

*Messrs. Roe, Runyon & Autenreith,* for the respondent.

*Mr. Edward L. Price,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.